UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>ELISA MERCADO (15),<br><br>                Defendant. | No. 2:05-CR-02075-EFS-15<br><br>**ORDER GRANTING THE USAO'S MOTION TO DISMISS** |

Before the Court, without oral argument, is the U.S. Attorney's Office's (USAO) Motion to Dismiss Case, ECF No. 1794. The USAO seeks the Court's leave to dismiss the Superseding Indictment, ECF No. 335, as to Defendant Elisa Mercado (15), without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). Defendant Mercado has been on fugitive status since October 23, 2006. Having reviewed the pleadings filed in connection with the Motion, the Court grants the Motion and dismisses the Superseding Indictment as to Defendant Mercado. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The USAO's Motion to Dismiss Indictment, **ECF No. 1794**, is **GRANTED**.

ORDER GRANTING THE USAO'S MOTION TO DISMISS - 1

2. The Superseding Indictment, **ECF No. 335**, is **DISMISSED WITHOUT PREJUDICE,** as to Defendant Elisa Mercado (15).
3. The arrest warrant for the above-named Defendant is **QUASHED**.
4. All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.
5. This file is to remain **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  2nd  day of October 2017.

_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge